Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | Case No: 2:18-cv-01070-HRH |
| Plaintiff, | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| vs. | |
| Rishabh Investment LLC, | |
| Defendant. | |

Please take notice that the Offer of Judgment, Exhibit 1, is accepted.

RESPECTFULLY SUBMITTED this 26th day of June 2018.

**STROJNIK, P.C.**

_____
Peter Strojnik, 6464
Attorneys for Plaintiff