Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Fernando Gastelum, | No. 2:18-cv-01070-HRH |
|---|---|
| Plaintiff, | **DEFENDANT'S OFFER OF JUDGMENT** |
| vs. | |
| Rishabh Investments, LLC, | |
| Defendant. | |

Pursuant to Rule 68(a), Fed. R. Civ. P., Defendant, Rishabh Investments, LLC ("Rishabh" or "Defendant"), hereby offers to allow judgment to be entered against it, with Plaintiff's costs then accrued, as follows:

- Defendant will (within 60 days) advise and instruct Hawthorne Suites by Wyndham Tempe to identify and describe on the hotel's website whether the following areas of the hotel are mobility accessible: parking lot, exterior pathways, entrance/lobby, interior pathways, accessible guestrooms and bathrooms, and pool/spa area.

- Defendant will (within 60 days) communicate the above referenced accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel.

- Defendant will (within 60 days) modify its policies, practices and procedures to ensure that individuals who require mobility and/or ambulatory assistance can make reservations for accessible guest rooms

6079773v1(67663.1)

during the same hours and in the same manner as individuals who do not require mobility and/or ambulatory assistance.

- Defendant shall (within 90 days) identify mobility accessibility features at its hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove barriers to mobility accessibility to the extent that such removal is readily achievable.

This offer is exclusive of reasonable attorneys' fees, costs and expenses to which Plaintiff may be entitled, but which Defendant reserves the right to contest and challenge.

This offer shall remain effective for fourteen (14) days after it is served. If this offer is not accepted in writing within the effective time period, it shall be deemed withdrawn and no evidence of this Offer shall be admissible except in a proceeding to determine costs, fees and/or sanctions as otherwise allowed pursuant to Rule 68.

You are also hereby put on notice that if this offer is rejected, and a judgment is subsequently obtained that is equal to or more favorable to Defendant than this offer, Plaintiff will be required to pay Defendant's costs incurred after the offer was made.

RESPECTFULLY SUBMITTED this 26th day of June, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: /s/ Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ  85004-2554
*Defendant*

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on June 26, 2018, I served the attached document by E-Mail on the following:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016


s/ Abby Yepiz

6079773v1(67663.1)