# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Fernando Gastelum,

    Plaintiff,

v.

Rishabh Investment LLC,

    Defendant.

**NO. CV-18-01070-PHX-HRH**

**JUDGMENT IN A CIVIL CASE**

    Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Rishabh Investment LLC for Plaintiff's costs then accrued, and for further relief as stated within the Offer of Judgment. This action is hereby terminated.

                                    Brian D. Karth
                                    District Court Executive/Clerk of Court

June 27, 2018

                                    s/ Erica Aragon
                          By   Deputy Clerk