IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| Rishabh Investment, LLC, | )  No. 2:18-cv-1070-HRH<br>) |
| Defendant. | ) |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation to Dismiss with Prejudice*,[1] filed September 28, 2018, this case is dismissed in its entirety, with prejudice, the parties to bear their respective costs and attorney fees.

DATED this  1st  day of October, 2018.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 25.

Order – Case Dismissed          - 1 -